### GENERAL TIRE REPAIR CO. v. BRANDE.

(Supreme Court, Appellate Term, First Department. June 26, 1916.)

APPEAL AND ERROR ⬥1003—DECISION NOT SUPPORTED BY EVIDENCE.

Where a judgment is entirely against the weight of evidence, it must
be reversed, although it will be affirmed where there is evidence sufficient
to sustain it.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3938–
3943; Dec. Dig. ⬥1003.]

Appeal from Municipal Court, Borough of the Bronx, Second Dis-
trict.

Action by the General Tire Repair Company against James E.

Brande. From a judgment for defendant in Municipal Court, plaintiff appeals. Reversed, and new trial ordered.

Argued June term, 1916, before GUY, BIJUR, and PHILBIN, JJ.

Bernard J. Isecke, of New York City, for appellant.

Brande & Weber, of New York City (Joseph Weber, of New York City, of counsel), for respondent.

PER CURIAM. While very reluctant to interfere with the determination of a question of fact by a trial court, where there is evidence sufficient to sustain it, the judgment herein is so entirely against the weight of evidence as to make a reversal necessary.

Judgment reversed, and new trial ordered, with $30 costs to appellant to abide the event.